# UNITED STATES COURT OF APPEALS

## FOR VETERANS CLAIMS

## IN RE: COMMITTEE ON ADMISSION AND PRACTICE

**November 16, 2000**

Misc. No. 6–00

Before KRAMER, *Chief Judge*, and, FARLEY, HOLDAWAY, IVERS, STEINBERG, and GREENE, *Judges*

### ORDER

It is ORDERED that the composition of the Court's Committee on Admission and Practice is changed as follows:

David T. Landers, Esq., is designated as Chair effective November 19, 2000, vice David F. Addlestone, Esq.

David F. Addlestone, Esq., is reappointed as a member of the Committee for a term ending November 19, 2003.

DATED: November 16, 2000.

BY THE COURT:
KENNETH B. KRAMER
Chief Judge

NOTICE: Court rules and related materials supplied by the courts are included. Since all rules and amendments may not have been supplied, the clerk of the appropriate court should be consulted to determine the current rules.